In the Matter of the WESTCHESTER COUNTY BAR ASSOCIATION with Respect to ELLIOTT COHEN, an Attorney, Respondent.— Motion to confirm report of

official referee granted, respondent disbarred and his name ordered to be struck from the roll of attorneys. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.